# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH WILLIS GIBBS-EL, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>SUPERINTENDENT, Miami Correctional Facility, )<br>)<br>Respondent. ) | 1:12-cv-1255-TWP-DKL |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is **dismissed without prejudice.**

Date: _12/12/2012_

Laura Briggs, Clerk
United States District Court

_[signature]_
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

_[signature]_
By: Deputy Clerk

Distribution:

Kenneth W. Gibbs-El
DOC #30344
Miami Correctional Facility
3038 West 850 South
P.O. Box 900
Bunker Hill, IN 46914

Electronically registered counsel