**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KENNETH WILLIS GIBBS-EL, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | 1:12-cv-1255-TWP-DKL |
| ) | |
| SUPERINTENDENT, Miami Correctional Facility, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is **dismissed without prejudice.**

Date: _____12/12/2012_____

**Laura Briggs, Clerk**
**United States District Court**

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**By: Deputy Clerk**

**Distribution:**

**Kenneth W. Gibbs-El**
**DOC #30344**
**Miami Correctional Facility**
**3038 West 850 South**
**P.O. Box 900**
**Bunker Hill, IN 46914**

**Electronically registered counsel**